IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEITH GOODRIDGE CONSTRUCTION, )
and KEITH GOODRIDGE, )
)
        Plaintiffs, )
) Civil No. 08-6313-TC
  v. )
) ORDER
WYBS, INC., a Delaware )
corporation, doing business )
as MERCHANTCIRCLE and JOHN )
DOE 1, )
)
        Defendants. )
_____)

    Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on June 15, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Plaintiffs' motion (#19) to remand action to Linn County Circuit Court is allowed to the extent that the Clerk of the Court will remand this action to Linn County Circuit Court upon notice from plaintiffs that the second amended complaint has been served on all defendants. All other pending motions are denied as moot.

DATED this _____14th_____ day of July, 2009.

                              */s/ Michael R. Hogan*
                              United States District Judge