IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

```
KEITH GOODRIDGE CONSTRUCTION, )
and KEITH GOODRIDGE,          )
                              )
         Plaintiffs,          )
                              ) Civil No. 08-6313-TC
   v.                         )
                              ) ORDER
WYBS, INC., a Delaware Corpora-)
tion, doing business as       )
MERCHANTICIRCLE and JOHN DOE 1,)
                              )
         Defendants.          )
_____)
```

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on September 18, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Plaintiffs' motion for attorney fees (#35) is denied.

DATED this ___2nd___ day of November, 2009.

_____
Michael R. Hogan
United States District Judge

2    - ORDER